## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| SOUTHEAST POWER GROUP, INC., | : |
| AKA SOUTHEAST DEISEL CORP., | : |
|     Plaintiff, | : |
| | : |
|     v. | :    Civil No. 2:20-cv-00398-JMG |
| | : |
| SAP AMERICA, INC. | : |
|     Defendant. | : |

_____

## ORDER

**AND NOW**, this 18th day of August, 2020, for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that Southeast's motions to stay proceedings and discovery, ECF Nos. 10 and 23, are **GRANTED** pending the resolution of the appeal in the Eleventh Circuit. SAP's motion to dismiss, ECF No. 6, and Vision 33's motion to quash subpoena *duces tecum*, ECF No. 32 are **DENIED without prejudice**. The parties are **DIRECTED** to file a status report on the appeal under this docket every thirty (30) days.

                                            BY THE COURT:

                                            */s/ John M. Gallagher*
                                            JOHN M. GALLAGHER
                                            United States District Court Judge